UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED ANDREW MARTIN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>TYSON J. POGUE,<br><br>　　　　　Respondent. | Case No. 1:22-cv-1377-KES-CDB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE FOR FAILURE TO OBEY A COURT ORDER, FAILURE TO COMPLY WITH LOCAL RULES, AND FAILURE TO PROSECUTE<br><br>(Doc. 9) |

　　　　Petitioner Jared Andrew Martin is a state prisoner proceeding pro se and in forma pauperis in this petition for writ of habeas corpus under 28 U.S.C. § 2254.

　　　　On February 16, 2024, the assigned magistrate judge issued findings and recommendations to dismiss the petition for failure to obey a court order, to comply with Local Rules, and to prosecute this action. (Doc. 9). Petitioner failed to update his address within 63 days, as required by Local Rule 183(b). *Id.* He has continued to fail to update his address since the findings and recommendations were issued. The Court served the findings and recommendations on Petitioner and informed him that any objections were due within 14 days. *Id*. at 2-3. As of the date of this Order, more than 14 days have passed, and Petitioner has not filed any objections. The findings and recommendations advised Petitioner that failure to file

objections within the specified time may result in the waiver of rights on appeal. *Id*. at 3 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).

According to 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, the Court ORDERS:

1. The findings and recommendations issued on February 16, 2024 (Doc. 9) are adopted in full.
2. This action is DISMISSED without prejudice for Petitioner's failure to obey a court order, to comply with the Local Rules, and to prosecute this action.
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   March 26, 2024

UNITED STATES DISTRICT JUDGE